UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM EARL DUNCAN,

    Petitioner,

vs.                                                                   Case No.: 3:18cv2099/MCR/GRJ

MARK S INCH
SECRETARY FLORIDA
DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## **ORDER**

Before the Court is a Report and Recommendation issued on August 20, 2021 (ECF No. 29). Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 29) is adopted and incorporated by reference in this order.

2. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No.1, is **DENIED.**

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 29th day of September 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:18cv2099/MCR/GRJ